## Commonwealth *v.* Ratley, Appellant.

Before DiSALLE, J. ▮▮▮

Argued November 15, 1974. *John P. Liekar,* Public Defender, for appellant; *Robert N. Clarke* and *Jack H. France,* Assistant District Attorneys, and *Jess D. Costa,* District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.